September 25, 2020

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>19-3000</u>

JAVIER HERNANDEZ-MORALES, Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA, Respondent

(B.I.A. No. A205-829-343)

Present:    McKEE, BIBAS, and FUENTES, <u>Circuit Judges</u>

Submitted are

(1)    Respondent's motion to publish the opinion [Dkt. No. 70]; and

(2)    Petitioner's response to Respondent's motion to publish the opinion [Dkt. No. 71]

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

The foregoing motion is granted.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: October 1, 2020
CLW/cc: Alfonso Caprara, Esq.
        Vanessa M. Otero, Esq.
        Ilana J. Snyder, Esq.